DERBY SAVINGS BANK *v.* CHESTER KURKOWSKI ET AL.

The petition by Benjamin Hinman and Theodore M. Space on behalf of the Savings Banks' Association of Connecticut for leave to file a brief as amicus

curiae in the appeal from the Appellate Division of the Circuit Court is granted, provided that the brief is filed on or before February 1, 1967.

Submitted January 3—decided January 6, 1967